1  **SEDGWICK LLP**
   Ralph Campillo (State Bar No. 70376)
2  Mario Horwitz (State Bar No. 110965)
   James Nelson (State Bar No. 181256)
3  801 South Figueroa Street, 19th Floor
   Los Angeles, CA 90017-5556
4  Telephone: 213-426-6900
   Facsimile: 213-426-6921
5  Email: ralph.campillo@sedgwicklaw.com
          mario.horwitz@ sedgwicklaw.com
6         james.nelson@ sedgwicklaw.com

7  Attorneys for Defendant, Stryker Corporation (sued as Stryker)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREGUS, an individual, | CASE NO. 3:11-CV-00404-RS |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| STRYKER, a New Jersey Corporation and DOES 1 to 50, inclusive, | |
| Defendant. | |

Plaintiff and defendant, by and through their counsel of record, hereby jointly request and submit this stipulation to continue the case management conference as follows:

WHEREAS the Court has scheduled a Case Management Conference for June 2, 2011 at 10:00 a.m.;

WHEREAS Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint, and the Court issued an Order dated April 27, 2011 granting Defendant's Motion with leave to amend;

WHEREAS Plaintiff intends to file a Second Amended Complaint on or before May 20,

2011;

WHEREAS Defendant's response to the forthcoming Second Amended Complaint will not be due until the Case Management Conference on June 2, or shortly thereafter;

WHERAS the parties wish to conserve resources by allowing Defendant sufficient time to determine whether plaintiff's forthcoming Second Amended Complaint states a claim for relief that survives the statute of limitations bar, and any other related issues, as well as time for a hearing on any requested Court determination of legal issues that might be raised by the Second Amended Complaint;

WHEREAS the parties are discussing the issues required for the Case Management conference; and

WHEREAS there have been no previous modifications of time in this case requested by the parties, and the parties do not anticipate this modification will have any significant impact on this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. The Case Management Conference currently on calendar for June 2, 2011 shall be continued to August 4, 2011.

DATED: May 18, 2011          LAW OFFICES OF GENE SHIODA

                             By: _____
                                 Gene Shioda
                                 James Kim
                                 Attorneys for Plaintiff

DATED: May 19, 2011          SEDGWICK LLP

                             By: /s/ James Nelson
                                 Ralph Campillo
                                 Mario Horwitz
                                 James Nelson
                                 Attorneys for Defendant, Stryker Corporation

## [PROPOSED] ORDER

Pursuant to the stipulated request of the parties, the Court hereby orders that:

1) The Case Management Conference currently on calendar for June 2, 2011 shall be continued to August 4, 2011.

Dated: May 24, 2011

_____
HONORABLE RICHARD SEEBORG