IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Richard Gregus,              No. C 11-00404 RS

          Plaintiffs,    **STANDBY ORDER OF DISMISSAL**

  v.

Stryker,

          Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 3, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 9, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  6/20/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE