1  **SEDGWICK LLP**
   Mario Horwitz (State Bar No. 110965)
2  *mario.horwitz@sedgwicklaw.com*
   James Nelson (State Bar No. 181256)
3  *james.nelson@sedgwicklaw.com*
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
5  Facsimile:    213.426.6921

6  Attorneys for Defendant Stryker Corporation, erroneously
   sued as STRYKER

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  RICHARD GREGUS, an individual,        Case No. 3:11-cv-00404 RS
                                          Judge:  Hon. Richard Seeborg
12               Plaintiff,
                                          **STIPULATION OF DISMISSAL;**
13       v.                               **[PROPOSED] ORDER OF DISMISSAL**

14  STRYKER, a New Jersey Corporation and
    DOES 1 to 50, inclusive,
15
                 Defendant.
16

17

18       Plaintiff Richard Gregus and defendant Stryker Corporation hereby stipulate, pursuant to

19  Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), to dismiss this action, in its entirety, with prejudice, each

20  party to bear its own costs.

21  DATED: July 31, 2012        SEDGWICK LLP

22
                               By: */s/ James Nelson*
23                                 Mario Horwitz
                                   James Nelson
24                                 Attorneys for Defendant Stryker Corporation

25  DATED: July 31, 2012        LAW OFFICE OF GENE H. SHIODA

26
                               By: */s/ Gene H. Shioda*
27                                 Gene H. Shioda
                                   Attorneys for Plaintiff
28

                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Based upon the stipulation of the parties set forth above,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with each party to bear its own costs.

Dated:  8/3/12

_____
Honorable Richard Seeborg
United States District Court Judge