**SEDGWICK LLP**
Mario Horwitz (State Bar No. 110965)
*mario.horwitz@sedgwicklaw.com*
James Nelson (State Bar No. 181256)
*james.nelson@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

Attorneys for Defendant Stryker Corporation, erroneously sued as STRYKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGUS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STRYKER, a New Jersey Corporation and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 3:11-cv-00404 RS<br>Judge: Hon. Richard Seeborg<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** |

　　　　Plaintiff Richard Gregus and defendant Stryker Corporation hereby stipulate, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), to dismiss this action, in its entirety, with prejudice, each party to bear its own costs.

DATED: July 31, 2012　　　　SEDGWICK LLP


　　　　　　　　　　　　　　　By: */s/ James Nelson*
　　　　　　　　　　　　　　　　　Mario Horwitz
　　　　　　　　　　　　　　　　　James Nelson
　　　　　　　　　　　　　　　　　Attorneys for Defendant Stryker Corporation

DATED: July 31, 2012　　　　LAW OFFICE OF GENE H. SHIODA


　　　　　　　　　　　　　　　By: */s/ Gene H. Shioda*
　　　　　　　　　　　　　　　　　Gene H. Shioda
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties set forth above,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with each party to bear its own costs.

Dated: 8/3/12

_____
Honorable Richard Seeborg
United States District Court Judge